AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA J. LaBar)                17-106

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Anthony Michael Iwanicka | ) | Case No.  17-1415-M |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____October 19, 2017_____ in the county of _____Philadelphia_____ in the
_____Eastern_____ District of _____Pennsylvania_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sect. 2113(a) | Attempted bank robbery |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_Faith E. Greenawalt_
_Complainant's signature_

Special Agent Faith E. Greenawalt
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____10/20/2017_____

_Judge's signature_

City and state: _____Philadelphia, Pa._____

U.S. Magistrate Judge Richard A. Lloret
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Faith E. Greenawalt, being duly sworn under oath and deposed, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Philadelphia, Pennsylvania Division, and have been so since July 2013. I am currently assigned to the Violent Crimes Task Force (VCTF) which investigates violations of Federal law, to include robberies of banks, robberies of businesses that affect interstate commerce (also known as Hobbs Act robberies), kidnappings, and fugitives. Previously, I was assigned to the Counterintelligence squad where I investigated Counter Proliferation, among other violations.

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging ANTHONY IWANICKA, date of birth                    with violations of Title 18, United States Code, Sections 2113(a) (attempted bank robbery).

3. On October 19, 2017, at approximately 3:07 p.m., a lone white male attempted to rob the Bank of America, 1600 JFK Boulevard, Philadelphia, Pennsylvania. The suspect initially entered the bank and asked for a manager. After being directed to the teller station, the suspect told the victim teller, "This is a robbery, give me all of your money." The victim teller did not comply with the demand of the suspect, immediately stood up from the teller station, and walked behind the wall where s/he was out of view of the suspect. The victim teller immediately called to the manager and then placed a call to 911. Shortly after walking away, the victim teller's manager came out to meet with the suspect. The suspect stated, "This is a robbery. Give me all the cash now." The manager told the suspect the teller was prepping the cash for him and to wait. The suspect then repeated his demands to the manager, stating, "This is a robbery. Give me all the cash now." The manager asked the suspect to be patient and to wait. After a couple minutes, the suspect departed the bank branch, empty handed, and in an unknown direction.

A-1

4.      After the attempted robbery, the suspect was described as a white male, early to mid 50s in age, approximately 5'8" to 5'9" in height, medium build, approximately 160 pounds, salt and pepper colored hair, salt and pepper scruffy beard, wearing a light blue short-sleeved shirt, blue jeans, and orange sneakers.

5.      After the robbery, Philadelphia Police Department (PPD) officers and members of the Philadelphia Division Violent Crimes Task Force responded to the crime scene for processing. Witnesses were interviewed and surveillance video was recovered.

6.      Upon arrival, PPD officers immediately disseminated the flash description of the suspect to the surrounding areas. Shortly after, PPD officers stopped a suspect matching the aforementioned description in the vicinity of 16th and Market Street, Philadelphia, Pennsylvania. The suspect, identified by PPD officers as ANTHONY IWANICKA, stated, "It was me, I held up the bank. I walked in and told them that this was a stick up, give me all your money."

7.      The PPD officers then transported the victim teller from Bank of America, A.C., to 16th and Market Street, where ANTHONY IWANICKA was being held. A.C. positively identified ANTHONY IWANICKA as the individual who robbed the Bank of America, 1600 JFK Boulevard, Philadelphia, PA, early that day.

8.      PPD officers then transported ANTHONY IWANICKA to FBI Philadelphia, 600 Arch Street, Philadelphia, PA, for further investigation. Upon arrival, ANTHONY IWANICKA was advised of his Miranda warning; ANTHONY IWANICKA subsequently invoked his right to counsel and requested to have a lawyer present during the interview. At that time, the interview was then concluded. While being transported to the Federal Detention Center, ANTHONY IWANICKA made multiple incriminating utterances in the presence of investigators about his involvement in the bank robbery. ANTHONY IWANICKA specifically stated, "If I am

A-2

convicted of a bank robbery, will I stay in a federal facility?" and, "I do not want to rob any more banks or 7 Elevens. I want to make an honest living. I want to have a trade when I leave prison," and "Today is my sixth bank robbery."

9.     The deposits of Bank of America are insured by the Federal Deposit Insurance Corporation (FDIC) and were insured by the FDIC at the time of the aforementioned robberies described above.

10.    Because of the aforementioned facts, your affiant believes there is probable cause to charge ANTHONY IWANICKA with the robbery of the Bank of America on October 19, 2017, in violation of Title 18, United States Code, Section 2113(a) (attempted bank robbery).


FAITH E. GREENAWALT
Special Agent
Federal Bureau of Investigation


Sworn to before me
this 20 day of October, 2017


HONORABLE RICHARD A. LLORET
*United States Magistrate Judge*


A-3